<br>

IN THE UNITED STATE DISRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

**FILED**
U.S. District Court
District of Kansas

AUG 2 6 2010

Clerk, U.S. District Court
By _____ Deputy Clerk

**UNITED STATES OF AMERICA,**          }
                                       }
                    Plaintiff,         }
                                       }
vs.                                    }    Case No. _10 - M - 6117 - 01,02 - KMH_
                                       }
**ERNESTO HERNANDEZ-LIZARDI**          }
and **RAUL MANZANAREZ-RIVERA**,        }
                                       }
                    Defendants.        }

## CRIMINAL COMPLAINT

This complaint alleges that on or about August 16, 2010, within the District of Kansas,

Ernesto Hernandez-Lizardi and Raul Manzanarez-Rivera, the defendants, both citizens of

Mexico who are not a citizens or nationals of the United States, aliens not lawfully in the United

States, knowingly and intentionally possessed in and affecting interstate commerce, firearms, to

wit: a loaded Ruger .45 caliber pistol; a loaded .380 caliber pistol and a 7.62x39 caliber SKS

assault rifle, in violation of Title 18, United States Code, Section 922(g)(5).

In support, Victor Montemayor III, a Special Agent for the U.S. Immigration and

Customs Enforcement (ICE), U.S. Department of Homeland Security, deposes and states as

follows:

1.   On August 16, 2010, at approximately 12:30 a.m., Immigration and Customs

     Enforcement (ICE), Resident Agent in Charge, Wichita, Kansas (RAC WK), Duty

     Agent Carl Hummell was contacted by U. S. Drug Enforcement Administration

     (DEA), Task Force Officer (TFO), Doug Rule. TFO Rule informed Agent Hummell

that a vehicle had been stopped by the Kansas Highway Patrol (KHP) on Interstate 70
in Ellis County, Kansas, for speeding and that after the issuance of a citation the
trooper (Summers) asked for consent to search the vehicle, a 2003 Chevrolet pickup
truck. Consent was given and about $14,400 in cash was found in the console
between the front seats.

2.   Both the driver of the vehicle, Hernandez-Lizardi, and the passenger, Manzanarez-
Rivera, were asked to go to the KHP office with their vehicle to be interviewed and
so that a more thorough search of the vehicle could be done.  They complied and the
search revealed ammunition and three firearms, at least two of which were loaded.  A
7.62x39 caliber SKS semi-automatic assault rifle with ammunition was found behind
the backseat of the vehicle, and two loaded handguns, a .380 caliber pistol, and a
Ruger .45 caliber pistol, were found in a wooden speaker box in the back seat.
Additionally, .45 caliber and .380 caliber ammunition was found inside a small box
on the backseat floorboard. Also, the screws from the wooden speaker box, which had
been removed, were located inside the front dash of the vehicle, and a receipt which
showed the speaker box containing the pistols had been purchased after Hernandez-
Lizardi bought the pickup was found inside the glove box.

3.   A KHP drug dog (K-9) was brought in and alerted on the cash from the vehicle; the
money was then seized by DEA TFO Rule.

4.   During an interview with TFO Rule, both men admitted that they were from Mexico
and illegally in the United States. Additionally, Hernandez-Lizardi said the pickup

**2**

was his and that he had purchased it for $16,000 less than a month ago. Both subjects were taken into ICE custody.

5. On August 17, 2010, the men were taken to the Wichita ICE office for administrative processing. Both men were entered into the ICE IDENT biometric system. Both subjects had initial interviews and were advised of their administrative rights. During processing it was learned that Hernandez-Lizardi had an immigration A-File (A076 626 XXX); the file was ordered for delivery to the Wichita ICE office. Defendant Raul Manzanarez-Rivera stated that he was from Guerrero, Mexico.

6. On August 18, 2010, both men were issued immigration warrants of arrest, Notices to Appear and bond notification (no bond), for violation of Section 212(a)(6)(A)(i) – Present Without Inspection – of the Immigration and Nationality Act (INA).

7. On August 19, 2010, Hernandez-Lizardi's immigration A-File was received. It confirmed that Hernandez-Lizardi is a citizen and national of Mexico. The file also indicated that he had previously attempted to adjust his status to that of a lawfully admitted permanent resident based on his marriage to a United States citizen. The application was denied on September 30, 2003, when the spouse withdrew her sponsorship petition.

8. On August 23, Special Agent Neal Tierney of the Bureau of Alcohol, Tobacco, and Firearms (ATF), Wichita, Kansas, was contacted by Agent Hummell. Agent Tierney is an interstate nexus expert and confirmed that none of the firearms seized were manufactured in the State of Kansas, therefore they were possessed in interstate commerce.

**3**

Based on the foregoing, I respectfully submit there is probable cause to believe that Ernesto Hernandez-Lizardi and Raul Manzanarez-Rivera are aliens unlawfully present in the United States in possession of firearms in and affecting interstate commerce in the District of Kansas, in violation of Title 18, United States Code, Section 922(g)(5).

Victor Montemayor, III Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me this date ___ day of August, 2010.

MONTI L. BELOT
Senior United States District Judge

4